LAW OFFICE OF DATTAN SCOTT DATTAN
D. Scott Dattan
341 West Tudor Road, Suite 103
Anchorage, AK 99503
Phone: (907)276-8008
Fax: (907)278-8571
E-mail: dattan@dattanlaw.com

Attorney for Defendant, Jaheim Randolph

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JAHEIM RANDOLPH,<br><br>               Defendant. | **MOTION FOR BAIL REVIEW HEARING**<br><br>Case No. 3:21-cr-12-06-SLG-DMS |

Defendant Jaheim Randolph requests a bail review hearing. He seeks release to the House of Transformation. According to USPO Kantor he has been accepted into that program.

Dated this 7th day of July, 2021 at Anchorage, Alaska.

s/ D. Scott Dattan
Attorney for Defendant, Jaheim Randolph
341 West Tudor Road, Suite 103
Anchorage, Alaska 99503
Phone: (907)276-8008
Fax: (907)278-8571
E-mail: dattan@dattanlaw.com
Alaska Bar No. 8411111

**CERTIFICATE OF SERVICE:**

I hereby certify that electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on July 7, 2021.

All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ D. Scott Dattan